

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2020

No. 04-20-00462-CV

**IN RE BERRIDGE MANUFACTURING COMPANY**

Original Mandamus Proceeding[1]

Sitting: Rebeca C. Martinez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On September 18, 2020, relator filed a petition for writ of mandamus. On September 29, 2020, relator filed an amended petition for writ of mandamus. Relator also filed a motion for temporary relief pending final resolution of the petition for writ of mandamus, which this court granted on September 18, 2020. This court believes a serious question concerning the mandamus relief sought requires further consideration. See TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than November 6, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** October 22, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2019-CI-07623, styled *Jared Martin v. Berridge Manufacturing Company*, pending in the 408th Judicial District Court, Bexar County, Texas. The Honorable David A. Canales signed the order at issue in this original proceeding.